**File Hashes for IP Address 68.33.0.137**

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/28/2013 15:06:05 | 326EC1B326263DE5563E9330920893B81CF8132F | Rose Petals |
| 04/28/2013 03:28:18 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 04/28/2013 03:10:47 | EF52C15B1476376800FDFE6E928A15EF8F81B375 | Fashion Models |
| 04/15/2013 02:00:32 | AB10DD35EE99E4D6C2B3443911C78303693BB07A | Bottoms Up |
| 04/02/2013 03:50:41 | 67046B92B4BDE33E69F0F38D33C7136D167384C8 | Featherlight |
| 03/20/2013 17:37:21 | 6970F9BD4DD7399AA906AF8903F1D9D0BD83C05B | Circles of Bliss |
| 02/04/2013 17:59:34 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 01/19/2013 16:52:12 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |
| 01/08/2013 17:50:21 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

DC51